UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)
vs. )
) Mag. No. 1:12-MJ-8
ARCKEE GRANT )

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing and detention hearing were held in this action on January 13, 2012. Those present included:

(1) AUSA Jay Woods for the United States of America.
(2) The defendant, ARCKEE GRANT.
(3) Attorney Mary Ellen Coleman for defendant.
(4) ATF Agent Gray Lane.
(5) Deputy Clerk Barbara Lewis.

Detention Hearing and Preliminary Hearing - Proof

AUSA Woods called ATF Agent Gray Lane as a witness. He testified to the facts outlined in the affidavit attached to the criminal complaint.

Findings

Having heard and considered the testimony of the Agent Lane during the detention hearing and preliminary hearing and the Affidavit/Complaint, the undersigned finds:

(1) There is probable cause to believe that there has been a violation of 21 U.S.C. § 841 (b)(1)(C), possession with the intent to distribute cocaine base, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offense.

(3) The proof the defendant committed the aforesaid offense is strong.

1

(4) There are no conditions nor are there any combination of conditions which will reasonably assure the safety of the community.

Conclusions

It is ORDERED:

(1)  The defendant is held to answer the charges against him in the District Court.

(2) AUSA Woods' motion to detain the defendant without bail is GRANTED for reasons set out in the separate ORDER OF DETENTION PENDING TRIAL filed with this order.

(3) The defendant's next appearance shall be at **10:00 a.m. on Tuesday, January 31, 2012.**

ENTER.

S/*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE